# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS WACO DIVISION

In Re:  WILLIAM S HODGE  
       AYITA HODGE  
Debtors

Case No.  17-60586  
Chapter 13

**PROCEEDING MEMO OF SECTION 341 MEETING AND RECOMMENDATION CONCERNING CONFIRMATION OF DEBTORS' PLAN OF REORGANIZATION AND ADJOURNED 341 MEETING DATE AND OTHER MATTERS**

The First Meeting of Creditors was held August 22, 2017 at 10:01 am.

Debtors Appeared:  Debtor   No     Joint-Debtor   No

Counsel for the Debtors Appeared:   Yes

Name of Trustee:  Ray Hendren, Chapter 13 Trustee

If the Trustee recommends Confirmation, the following assertions are made:

1. The proposed plan complies with the provisions of Chapter 13.

2. The proposed plan has been proposed in good faith and is not by any means prohibited.

3. With respect to each allowed secured claim provided for by the plan, either:
   a. The holder of such claim has accepted the plan;
   b. The proposed plan provides that as of the effective date of the plan, the value of property to be distributed under the plan is not less than the allowed amount of such claim; or
   c. The Debtor has surrendered or will surrender the property securing such claim to the holder.

4. The Debtor will be able to make all payments under the plan and comply with the plan.

5. The value of collateral is as shown on plan summary or claims except for agreements or changes as follows:

6. Property abandoned at meeting:

7. Returned notices:

8. Confirmation Recommended:   No

9. Retain on Confirmation Calendar:   No

In Re:   WILLIAM S HODGE                                    Case No.  17-60586
         AYITA HODGE                                        Chapter 13

Debtors

10. Motion to Dismiss or Summary Dismissal filed for the following reasons:

11. Plan Modifications agreed to at the Section 341 Meeting in order to make interim disbursements prior to Confirmation:

12. Request to Waive Pay Order:
    Reason:

13. Request to Excuse Debtor/Co-Debtor:

    Name of excused party:
    Reason:

14. Section 341 Meeting Adjourned:  Yes

    Adjourned Meeting Date:  September 27, 2017   and Time   11:00 am

    Confirmation Hearing:  October 18, 2017   and Time   9:15 am
    Reason:

15. Party Required to give notice of reset dates:  Debtor Attorney

16. Meeting Concluded:  No

Additional Comments:


/s/Ray Hendren
Presiding Officer, Ray Hendren, Chapter 13 Trustee
3410 Far West Blvd
Suite 200
Austin, Tx  78731
Austin:  (512) 474-6309        Waco  : (254) 755-0277
Fax   :  (512) 482-8424        Killeen : (254) 634-1651
                               Temple : (254) 771-9030

Signed On:  August 25, 2017